JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MARK R. FRISBY,

                Plaintiff,

    v.

THE STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE et al.,

             Defendant.

Case No. 5:19-cv-01249-DSF (MAA)

**JUDGMENT**

    Pursuant to the Order of Dismissal filed herewith,

    IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: March 29, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE